Samuel Boslowitz, Appellant, *v.* S. Goldin & Co., Respondent.

Supreme Court, Appellate Term, First Department, April 9, 1925.

**Trial — setting aside verdict — trial justice, having denied motion to set aside verdict at term at which action was tried, without power at expiration of term to set aside same verdict.**

A trial justice, having heard and denied defendant's motion to set aside a verdict in plaintiff's favor at the term at which the action was tried, is without power, after the expiration of said term, to grant a subsequent motion to set aside said verdict, since, in fact, said motion was a rehearing of the original motion upon which judgment had been entered.

Appeal from an order, entered February 25, 1924, in the office of the clerk of the City Court of the City of New York, granting defendant's motion to set aside a verdict rendered in favor of plaintiff and for a new trial, and vacating and setting aside a judgment theretofore rendered in favor of plaintiff and against defendant in the sum of $2,118.92 entered upon a verdict, after a trial of the issues.

Appeal is also taken from an order, entered December 6, 1923, vacating said judgment and vacating and setting aside an order entered herein on November 26, 1923, which order denied defendant's motion for a new trial.

*Morse S. Hirsch*, for the appellant.

*Snitkin & Goodman* [*Abraham Goodman* of counsel], for the respondent.

Per Curiam:

The trial justice, having heard and denied the defendant's motion to set aside the verdict in plaintiff's favor at the term at which the action was tried, and judgment having been entered, was without power to grant the defendant what was in effect a rehearing thereon after the expiration of the term at which the action was tried and upon such rehearing to grant the motion to set aside the verdict. (Civ. Prac. Act, § 549; *Clancy* v. *N. Y., N. H. & H. R. R. Co.*, 226 N. Y. 213; *Ellis* v. *Hearn*, 132 App. Div. 207.)

Order of February 25, 1924, reversed, with costs, and judgment reinstated. Appeal from order of December 6, 1923, dismissed.

All concur; present, Bijur, Mitchell and Proskauer, JJ.